Decision Per Curiam.

---

Elijah Anderson, Plaintiff in Error, v. The State of Florida, Defendant in Error.

Writ of Error to Criminal Court of Record, Duval county; John W. Dodge, Judge.

*John E. Hartridge,* for Plaintiff in Error.

No appearance for Defendant in Error.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff, and the defendant takes writ of error. On suggestion of the death of the plaintiff in error the cause is abated and the writ of error dismissed.